Vicki S. Veenker (158669)
Brian C. Cannon (193071)
Adam P. Noah (198669)
Michael C. Lee (204294)
Mary B. Boyle (232228)
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA 94025-1022
Telephone: (650) 838-3600
Facsimile: (650) 838-3699

Attorneys for Plaintiff/Counterdefendant,
UTStarcom, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UTSTARCOM, INC.,<br><br>    Plaintiff/Counterdefendant,<br><br>    v.<br><br>STARENT NETWORKS CORP.,<br><br>    Defendant/Counterclaimant. | Civil Action No.: C04-01122 PVT<br><br>**UTSTARCOM, INC.'S REQUEST REGARDING AUDIO-VISUAL EQUIPMENT AND [PROPOSED] ORDER**<br><br>Date:         June 30, 2005<br>Time:        10:30 a.m.<br>Courtroom:    5<br>Chief Mag. Judge:  Patricia V. Trumbull |

UTSTARCOM'S REQUEST RE:
AUDIO-VISUAL EQUIPMENT

Civ. Action No. C04-01122 PVT

1  WHEREAS, the Court has scheduled a hearing at 10:30 a.m., June 30, 2005 regarding
2  Claims Construction, and
3  WHEREAS, UTStarcom desires to use audio-visual equipment to assist in the presentation
4  of its Claims Construction,
5  UTStarcom hereby requests the Court order and allow UTStarcom to bring the following
6  equipment into Court:
7      1.     2 laptop computers;
8      2.     1 projector and connector;
9      3.     1 Elmo overhead projector;
10     4.     Posterboard(s); and
11     5.     2 Easels.

SHEARMAN & STERLING LLP

Dated: June 27, 2005　　　　　　BY:   /s/ Brian C. Cannon
　　　　　　　　　　　　　　　　　　Vicki S. Veenker
　　　　　　　　　　　　　　　　　　Brian C. Cannon
　　　　　　　　　　　　　　　　　　Adam P. Noah
　　　　　　　　　　　　　　　　　　Michael C. Lee
　　　　　　　　　　　　　　　　　　Mary B. Boyle

　　　　　　　　　　　　　　　　　　Attorneys For Plaintiff/Counterdefendant,
　　　　　　　　　　　　　　　　　　UTStarcom, Inc.

**[PROPOSED] ORDER**

Having considered UTStarcom's Request Regarding Audio-Visual Equipment,

IT IS HEREBY ORDERED that UTStarcom's request is granted and that UTStarcom may bring the following equipment to Court for the June 30, 2005 hearing:

1. 2 laptop computers;
2. 1 projector and connector;
3. 1 Elmo overhead projector;
4. Posterboard(s); and
5. 2 Easels.

Dated: June 28, 2005

/s/ Patricia V. Trumbull
HON. PATRICIA V. TRUMBULL
United States Chief Magistrate Judge