1  Vicki S. Veenker (158669)
   Brian C. Cannon (193071)
2  Adam P. Noah (198669)
   SHEARMAN & STERLING LLP
3  1080 Marsh Road
   Menlo Park, CA 94025-1022
4  Telephone: (650) 838-3600
   Facsimile: (650) 838-3699
5
   Attorneys for Plaintiff/Counterdefendant
6  UTStarcom, Inc.

7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| UTSTARCOM, INC., | Case No.: C04-01122 PVT |
|---|---|
| Plaintiff/Counterdefendant, | **STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN DATES IN THE AMENDED CASE MANAGEMENT CONFERENCE ORDER** |
| v. | |
| STARENT NETWORKS CORP., | |
| Defendant/Counterclaimant. | |

WHEREAS, the court issued an Amended Case Management Conference Order on January 7, 2005 containing fact and expert discovery deadlines;

WHEREAS, UTStarcom, Inc. and Defendant Starent Networks Corp. were unable to schedule a court-ordered mediation until September 30, 2005, which mediation is scheduled to take place on that date with Judge Edward Infante as mediator; and

WHEREAS, the parties stipulate and request that the Court extend certain discovery dates set in the Amended Case Management Conference Order;

NOW THEREFORE, the parties by and through their respective counsel hereby stipulate and propose that:

1.  Fact Discovery Cutoff be extended from November 4, 2005 to December 2, 2005;

2.  Designation of Experts with Reports be extended from November 16, 2005 to December 16, 2005;

STIPULATION AND [PROPOSED] ORDER                                    C04-01122 PVT

3. Defendant's Designation of Rebuttal Experts with Reports be extended from December 14, 2005 to <u>January 20, 2006</u>; and

4. Expert Discovery Cutoff be extended from January 18, 2006 to <u>February 17, 2006</u>.

Dated:   September 16, 2005

SHEARMAN & STERLING LLP

By:   /s/
      Vicki S. Veenker
      Attorneys For Plaintiff/Counterdefendant,
      UTStarcom, Inc.

Dated:   September 16, 2005

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

By:   /s/
      Scott R. Mosko
      Attorneys For Defendant/Counterclaimant,
      Starent Networks Corp.

**IT IS SO ORDERED.**

Dated:   *9/19/05*

*Patricia V. Trumbull*
Hon. Patricia V. Trumbull
UNITED STATES ~~CHIEF~~ MAGISTRATE JUDGE