UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UTSTARCOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> STARENT NETWORKS CORP., <br><br> Defendant. | Case No.: C-04-1122 PVT <br><br> **ORDER GRANTING STARENT NETWORKS CORP.'S EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO REMOVE INCORRECTLY FILED DOCUMENTS** |

Based on Starent Networks Corp.'s ("Starent") Ex Parte Motion for Administrative Relief filed on October 17, 2005,[1]

IT IS HEREBY ORDERED that Docket Nos. 97 and 237 shall be removed from the public record docket and replaced with appropriately redacted versions.

IT IS FURTHER ORDERED that Starent transmit the corrected versions of Docket Nos. 97 and 237 to the court clerk via the court's PDF address,[2] in order for the clerk to remove the incorrect versions and replace them with the corrected versions, retaining the original docket numbers.

IT IS FURTHER ORDERED that Starent electronically file its Ex Parte Motion for

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] Judge Trumbull's PDF address can be found on the PACER website.

ORDER, *page 1*

1  Administrative Relief to Remove Incorrectly Filed Documents in order to complete the public
2  record.
3
4  Dated : October 17, 2005

                        *Patricia V. Trumbull*
                        PATRICIA V. TRUMBULL
                        United States Magistrate Judge

**United States District Court**
For the Northern District of California