1  Scott R. Mosko (State Bar No. 106070)
   E-Mail: scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   700 Hansen Way
4  Palo Alto, California  94304
   Telephone:     (650) 849-6600
5  Facsimile:     (650) 849-6666

6  Additional Counsel Listed on Signature Page

7  Attorneys for Defendant and Counterclaimant
   STARENT NETWORKS CORP.
8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12

13  UTSTARCOM, INC.,                         CASE NO. C 04 01122  PVT
                    Plaintiff,
14          v.
                                             **STIPULATION AND [PROPOSED]**
15  STARENT NETWORKS CORP.,                  **ORDER**

16                  Defendant.

17  STARENT NETWORKS CORP.,

18              Counterclaimant,
            v.
19  UTSTARCOM, INC.,
                Counter Defendant.
20

21

22

23

24

25

26

27

28

1         1.     On or about September 1, 2005, UTStarcom proposed a schedule for filing summary

2  judgment papers.  UTStarcom's proposed schedule called for moving papers to be filed by

3  September 20, 2005, oppositions to be filed by October 11, 2005, replies to be filed by October 25,

4  2005, with a hearing date of November 8, 2005;

5         2.     On or about September 9, 2005, Starent communicated that it was willing to abide by

6  UTStarcom's proposed schedule for both parties' motions for summary judgment;

7         3.     On October 11, UTStarcom advised Starent that UTStarcom was filing its opposition

8  to Starent's summary judgment motion that date, i.e. October 11.  Starent later advised UTStarcom

9  that it was under the belief that its opposition to UTStarcom's motion for summary judgment was

10 due October 18, 2005 according to the Civil Local Rules, i.e. three weeks before the noticed hearing

11 of November 8, 2005;

12        4.     UTStarcom completed its filing of its opposition to Starent's motion for summary

13 judgment on October 11, 2005.  Starent filed its opposition to UTStarcom's motion for summary

14 judgment on October 14, 2005;

15        5.     The parties hereby stipulate that UTStarcom may have to and including October 27,

16 2005, in which to file its reply to Starent's opposition to UTStarcom's motion for summary

17 judgment.

18     ///
19     ///
20     ///
21     ///
22     ///
23     ///
24     ///
25     ///
26     ///
27     ///
28

6. Scott R. Mosko obtained permission from Brian Cannon to affix his electronic signature to this pleading.

IT IS SO STIPULATED.

Dated: October 19, 2005     FINNEGAN, HENDERSON, FARABOW,
                                                        GARRETT & DUNNER, L.L.P.


By: _____/s/_____
Scott R. Mosko
Attorneys for Defendant and Counterclaimant
Starent Networks Corp.

Dated: October 19, 2005     SHEARMAN & STERLING LLP


By: _____/s/_____
Brian Cannon
Attorneys for Plaintiff
UTStarcom, Inc.

### [PROPOSED] ORDER

UTStarcom may have to and including October 27, 2005, in which to file its reply to Starent's opposition to UTStarcom's Motion for Summary Judgment.

Dated: _10/24/05_                                 _____
                                                                    Patricia V. Trumbull
                                                                    United States Magistrate Judge