1  Vicki S. Veenker (158669)
2  Brian C. Cannon (193071)
   Adam P. Noah (198669)
3  Shearman & Sterling LLP
   1080 Marsh Road
4  Menlo Park, CA 94025-1022
   Telephone: (650) 838-3600
5  Facsimile: (650) 838-3699

6  Attorneys for Plaintiff/Counterdefendant,
7  UTStarcom, Inc.

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10

11 UTSTARCOM, INC.,                         Civil Action No.: C04-01122 PVT

12         Plaintiff/Counterdefendant,      **UTSTARCOM, INC.'S REQUEST**
                                            **REGARDING AUDIO-VISUAL**
13         v.                               **EQUIPMENT AND [PROPOSED]**
                                            **ORDER**
14 STARENT NETWORKS CORP.,
                                            Date:         November 8, 2005
15         Defendant/Counterclaimant.       Time:         10:00 a.m.
                                            Courtroom:    5
16                                          Chief Mag. Judge:  Patricia V. Trumbull

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, a hearing is scheduled for 10:00 a.m., November 8, 2005 regarding Plaintiff's
2 and Defendant's Motions for Summary Judgment and Defendant's Motion to Strike, and
3    WHEREAS, UTStarcom desires to use audio-visual equipment to assist in the presentation
4 of the motions,
5    UTStarcom hereby requests the Court order and allow UTStarcom to bring the following
6 equipment into Court:

    1. 2 laptop computers;

    2. 1 projector and connector;

    3. 1 Elmo overhead projector;

    4. Posterboard(s); and

    5. 2 Easels.

SHEARMAN & STERLING LLP

Dated: November 3, 2005         BY:    /s/ Brian C. Cannon
                                       Vicki S. Veenker
                                       Brian C. Cannon
                                       Adam P. Noah

                                       Attorneys For Plaintiff/Counterdefendant,
                                       UTStarcom, Inc.

**[PROPOSED] ORDER**

Having considered UTStarcom's Request Regarding Audio-Visual Equipment,

IT IS HEREBY ORDERED that UTStarcom's request is granted and that UTStarcom may bring the following equipment to Court for the November 8, 2005 hearing:

1. 2 laptop computers;
2. 1 projector and connector;
3. 1 Elmo overhead projector;
4. Posterboard(s); and
5. 2 Easels.

Dated: November 7, 2005

HON. PATRICIA V. TRUMBULL
United States ~~Chief~~ Magistrate Judge