1  Scott R. Mosko (State Bar No. 106070)
   E-Mail: scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   700 Hansen Way
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:     (650) 849-6666

6  Additional Counsel Listed on Last Page

7  Attorneys for Defendant and Counterclaimant
   STARENT NETWORKS CORP.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12  UTSTARCOM, INC.,                          CASE NO. C 04 01122 PVT  (ADR)

13              Plaintiff/Counterdefendant,
         v.                                   DEFENDANT STARENT NETWORKS
14                                            CORP.'S ADMINISTRATIVE
    STARENT NETWORKS CORP.,                   MOTION TO FILE PLEADING AND
15                                            EXHIBITS UNDER SEAL;
                Defendant/Counterclaimant,    SUPPORTING DECLARATION OF
16                                            SCOTT R. MOSKO; AND
                                              [PROPOSED] ORDER

17
18
...
28

# ADMINISTRATIVE MOTION TO FILE UNDER SEAL

## 1. Portions of Documents Submitted For Filing Under Seal

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Starent Networks Corp. ("Starent") hereby requests leave of Court to file under seal:

- Defendant Starent Networks Corp.'s Reply To Plaintiff UTStarcom, Inc.'s Opposition To Motion To Strike Final Infringement Contentions.

Portions of the Reply to the Motion contain information designated by one or both parties as confidential under the protective order entered in this case. As required by Civil L.R. 79-5(c), Starent is lodging with the clerk complete and highlighted copies of the Reply for filing and chambers, as well as redacted versions from which the information designated as confidential has been redacted.

## 2. Documents Submitted For Filing Under Seal in Their Entireties

Pursuant to Civil L. R. 7-11 and 79-5, Starent requests leave of Court to file the following documents under seal in their entireties:

- Exhibit 1 to the Declaration of Scott R. Mosko In Support Of Defendant Starent Networks Corp.'s Reply To Plaintiff UTStarcom's Inc's Opposition To Motion To Strike Final Infringement Contentions which is UTStarcom's Final Infringement Contentions.

- Exhibit 3 to the Declaration of Scott R. Mosko In Support Of Defendant Starent Networks Corp.'s Reply To Plaintiff UTStarcom's Inc's Opposition To Motion To Strike Final Infringement Contentions which is UTStarcom Inc.'s Notice of Motion and Motion for a Preliminary Injunction Against Defendant Starent Networks Corp.; and Memorandum of Points and Authorities in Support Thereof; and [Proposed] Order Granting Preliminary Injunction.

- Exhibit 4 to the Declaration of Scott R. Mosko In Support Of Defendant Starent Networks Corp.'s Reply To Plaintiff UTStarcom's Inc's Opposition To Motion To Strike Final Infringement Contentions which is UTStarcom, Inc's Reply in Support of Its Motion for Preliminary Injunction.

## SUPPORTING DECLARATION OF SCOTT R. MOSKO

I, Scott R. Mosko, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and a member of Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., attorneys of record for Defendant Starent Networks Corp. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The representations made above regarding the confidentiality and confidentiality designations of the Reply to Motion to Strike and the exhibits to the Mosko declaration are true and correct and are made in support of Starent's Administrative Motion to file said documents under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 24, 2005 at Palo Alto, California.

/s/
Scott R. Mosko

1  Additional Counsel for Defendant:

2  E. Robert Yoches (*Admitted Pro Hac Vice*)
   E-Mail: bob.yoches@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
4  901 New York Avenue, N.W.
   Washington, D.C.  20001-4413
5  Telephone:    (202) 408-4000
   Facsimile:    (202) 408-4400
6

7  Lawrence R. Robins (*Admitted Pro Hac Vice*)
   E-Mail: larry.robins@finnegan.com
8  Christopher S. Schultz (*Admitted Pro Hac Vice*)
   E-Mail: christopher.schultz@finnegan.com
9  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
10 55 Cambridge Parkway
   Cambridge, Massachusetts  02142-1292
11 Telephone:    (617) 452-1600
   Facsimile:    (617) 452-1666
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

Upon good cause shown, **IT IS HEREBY ORDERED** that,

1. Defendant Starent Networks Corp.'s Reply To Plaintiff Utstarcom, Inc.'s Opposition To Motion To Strike Final Infringement Contentions shall be received and filed under seal;

2. Exhibits 1, 3, and 4 to the Declaration of Scott R. Mosko In Support Of Defendant Starent Networks Corp.'s Reply To Plaintiff UTStarcom's Inc's Opposition To Motion To Strike Final Infringement Contentions (in their entirety) shall be received and filed under seal.

Dated: _____11/7_____, 2005

*Patricia V. Trumbull*
Patricia V. Trumbull,
United States Magistrate Judge