UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UTSTARCOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> STARENT NETWORKS CORP., <br><br> Defendant. | Case No.: C -04-1122   PVT <br><br> **ORDER GRANTING MOTION TO SHORTEN TIME** |

Based on Defendant Starent Networks Corp.'s ("Starent") Motion to shorten time for briefing and hearing on its Motion to Compel Deposition Testimony, filed concurrently on November 23, 2005,[1]

IT IS HEREBY ORDERED that Defendant's motion to shorten time is GRANTED. Defendant's motion to compel deposition testimony shall be heard at 10:00 a.m. on Tuesday, December 6, 2005. Plaintiff shall file any opposition to Defendant's motion by Wednesday, November 30, 2005, and Plaintiff shall file any reply by Friday, December 2, 2005.

Dated : November 28, 2005

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*