UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UTSTARCOM, INC., | ) | Case No.: C04-1122 PVT |
| Plaintiff, | ) | **ORDER RE ADMINISTRATIVE REQUESTS TO FILE DOCUMENTS UNDER SEAL** |
| v. | ) | |
| STARENT NETWORKS CORP., | ) | |
| Defendant. | ) | |

Various administrative requests to file documents under seal have been filed by the parties (docket nos. 213, 219, 233, 236, 245, 251, 265, 270 & 278).[1]  Having reviewed the parties' requests, and in light of the disposition of this case,

IT IS HEREBY ORDERED that the parties' aforementioned requests to seal at docket nos. 213, 219, 233, 236, 245 & 251 are GRANTED.

IT IS FURTHER ORDERED that the parties' aforementioned requests to seal at docket nos. 265, 270 & 278 are DENIED because the motion they relate to is now MOOT.  The court will destroy the copies of these documents that were submitted for filing.

Dated: *12/12/05*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*