```
 1  JoAnna M. Esty, Esq. (SBN: 147903)
        jesty@linerlaw.com
 2  Jenna F. Karadbil, Esq. (SBN: 213574)
        jkaradbil@linerlaw.com
 3  LINER YANKELEVITZ
    SUNSHINE & REGENSTREIF LLP
 4  199 Fremont Street, 20th Floor
    San Francisco, California 94105
 5  Telephone:  (415) 489-7700
    Facsimile:  (415) 489-7701
 6
    Attorneys for Plaintiff
 7  UTSTARCOM, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTSTARCOM, INC., | Case No. C 04-01122 PVT (ADR) |
| Plaintiff, | **STIPULATION ALLOWING COST BOND AND [PROPOSED] ORDER** |
| vs. | |
| STARENT NETWORKS, CORPORATION, | |
| Defendant. | |

   WHEREAS, on February 2, 2006, the Court granted judgment in favor of Defendant and against Plaintiff ,

   WHEREAS, on February 16, 2006, Defendant filed its Bill of Costs requesting an award of $119,749.40;

   WHEREAS, on March 2, 2006, Plaintiff appealed this Court's judgment to the United States Court of Appeals for the Federal Circuit;

   WHEREAS, on March 3, 2006, Plaintiff filed objections to Defendant's Bill of Costs;

   WHEREAS, on March 23, 2006 Plaintiff filed its Notice of Substitution of new counsel of Liner Yankelevitz Sunshine & Regenstreif, LLP,

   WHEREAS, on March 24, 2006, the Clerk reduced Defendant's Bill of Costs and awarded $59,956.17;

1  WHEREAS, while the appeal is pending Plaintiff would rather post a bond for
2  the awarded costs, so that in the event the appeal is successful, Plaintiff would not
3  need to seek return of the costs from Defendant;

4  WHEREAS, Defendant will allow Plaintiff to post a bond in lieu of paying the
5  costs awarded if Plaintiff increases the bond amount to include two (2) years
6  annualized interest at the Federal rate pursuant to 28 U.S.C. § 1961;

7  WHEREAS, Local Rule 7-11 gives the Court authority to grant such an
8  administrative request for an Order allowing a cost bond; and

9  WHEREAS, the proposed cost bond will have no effect on the case.

10  NOW THEREFORE, the parties by and through their respective counsel
11  hereby stipulate as follows:

12  Plaintiff may post a bond in the amount of $65,640 lieu of the $59,956.17 Bill
13  of Costs awards by the Clerk of Court on March 24, 2006.  Plaintiff will have thirty
14  (30) days from this Order to post such a bond.

15  By her signature below, counsel for Plaintiff swears under penalty of perjury
16  that counsel for Defendant concurred in the filing of this document.

17  Dated:  June 6, 2006          LINER YANKELEVITZ
                                  SUNSHINE & REGENSTREIF LLP
18

19
                                  By:  ___/s/_____
20                                     JoAnna M. Esty
                                       Attorneys for Plaintiff
21                                     UTStarcom, Inc.

22
    Dated:  June 6, 2006          FINNEGAN, HENDERSON, FARABOW,
23                                GARRETT & DUNNER, L.L.P.

24

25                                By:  ___/s/_____
                                       Scott R. Mosko
26                                     Attorneys for Defendant
                                       Starent Networks, Corp.
27

28

                                    2             Case No.  C 04-01122 PVT (ADR)
           STIPULATION ALLOWING COST BOND AND [PROPOSED] ORDER
0090107/017/ 303518v01

1  [~~PROPOSED~~] ORDER

2  **IT IS SO ORDERED.**

3

4  Dated: __6/22/06__          *Patricia V. Turnbull*

5                              PATRICIA V. TURNBULL
                                UNITED STATES MAGISTRATE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28