1  JoAnna M. Esty, Esq. (SBN: 147903)
     jesty@venable.com
2  Jenna F. Leavitt Esq. (SBN: 213574)
     jleavitt@venable.com
3  VENABLE LLP
   2049 Century Park East, Suite 2100
4  Los Angeles, California 90067
   Telephone: (310) 229-9900
5  Facsimile: (310) 229-9901

6  Attorneys for Plaintiff
   UTSTARCOM, INC.
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10

11 UTSTARCOM, INC.,                )  Case No. C 04-01122 PVT (ADR)
                                   )
12         Plaintiff,              )  STIPULATION TO RELEASE
                                   )  COST BOND AND [PROPOSED]
13     vs.                         )  ORDER
                                   )
14 STARENT NETWORKS,               )
   CORPORATION,                    )
15                                 )
           Defendant.              )
16 _____)

17     WHEREAS, on February 2, 2006, the Court granted judgment in favor of
18 Defendant and against Plaintiff;

19     WHEREAS, on February 16, 2006, Defendant filed its Bill of Costs requesting
20 an award of $119,749.40;

21     WHEREAS, on March 3, 2006, Plaintiff filed objections to Defendant's Bill of
22 Costs;

23     WHEREAS, on March 24, 2006, the Court reduced Defendant's Bill of Costs
24 and awarded $59,956.17;

25     WHEREAS, on June 6, 2006, Plaintiff filed a Stipulation Allowing Cost Bond
26 and [Proposed Order];

27     WHEREAS, on June 22, 2006, Plaintiff's Stipulation Allowing Cost Bond and
28 [Proposed Order] was granted in the amount of $65,640 in lieu of the $59,956.17 Bill

---
Case No. C 04-01122 PVT (ADR)
STIPULATION TO RELEASE COST BOND

#197457.doc

1  of Costs awarded by the Court;
2        WHEREAS, on August 29, 2007, Plaintiff satisfied the Bill of Costs award;
3  and
4        WHEREAS, Local Rule 7-11 gives the Court authority to grant an
5  administrative request for an Order releasing the cost bond; and
6        NOW THEREFORE, the parties by and through their respective counsel
7  hereby stipulate as follows:
8        The Bill of Costs award has been satisfied. Accordingly, the Clerk of the
9  Court shall release the Cost Bond.
10       By her signature below, counsel for Plaintiff swears under penalty of perjury
11 that counsel for Defendant concurred in the filing of this document.
12
13 Dated: October 3, 2007            VENABLE, LLP
14
15                                    By: _____/s/_____
16                                        Jenna F. Leavitt
                                          Attorneys for Plaintiff
17                                        UTStarcom, Inc.
18 Dated: October 3, 2007            FINNEGAN, HENDERSON, FARABOW,
                                     GARRETT & DUNNER, L.L.P.
19
20
21                                    By: _____/s/_____
                                          Scott R. Mosko
22                                        Attorneys for Defendant
                                          Starent Networks, Corp.
23                          [~~PROPOSED~~] ORDER
24 IT IS SO ORDERED.
25 Dated: October 9, 2007            *Patricia V. Trumbull* (signature)
26                                   PATRICIA V. TRUMBULL
                                     UNITED STATES MAGISTRATE JUDGE
27
28

2                                              Case No. C 04-01122 pvt (adr)
STIPULATION TO RELEASE COST BOND

#19117457.doc